LAZARUS et al., Respondents, v. METROPOLITAN EL. RY. CO. et al., Appellants.

(Supreme Court, General Term, First Department. April 17, 1893.)

Appeal from special term, New York county.
Action by Sarah Lazarus and others. executors. against the Metropolitan Elevated Railway Company and the Manhattan Elevated Railway Company to enjoin defendants from maintaining their road in front of plaintiffs' premises, and for damages.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

Davies, Short & Townsend, (Brainard Tolles and Julien T. Davies, of counsel,) for appellants.
Stickney, Spencer & Ordway, (Nelson S. Spencer, of counsel,) for respondents.

(Supreme Court, General Term, First Department. April 17, 1893.)

Action by Sarah Lazarus and others against the Metropolitan Elevated Railway Company and the Manhattan Savings Institution to restrain the railway company from operating its road in front of plaintiffs' premises. There was judgment for plaintiffs, and, from an order settling the form of a deed from plaintiffs to the railway company, plaintiffs appeal.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

Stickney, Spencer & Ordway, (Nelson S. Spencer, of counsel,) for appellants.
Davies, Short & Townsend, (Brainard Tolles and Julien T. Davies, of counsel,) for respondents.

PER CURIAM. The court, in making the order appealed from, did nothing except what it was provided by the judgment entered herein it should do. and, in the settling of the form of the deed, in no way exceeded the judgment which had been entered. The order appealed from should be affirmed, with $10 costs and disbursements.